

151 West 42nd Street, 17th Floor
New York, NY 10036

John P. Margiotta
Partner

T 212.813.5957
jmargiotta@fzlz.com

December 6, 2023

**Application GRANTED.** The initial pretrial conference scheduled for January 17, 2024, is adjourned to **January 24, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 17, 2024.**

Dated: December 8, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Gucci America, Inc v. Lord & Taylor Ecomm LLC*, No. 1:23-cv-10239-LGS – <u>Letter Motion to Adjourn Conference</u>

Dear Judge Schofield:

We are counsel to Gucci America, Inc. in the above-captioned case. Your Honor has set a telephonic initial case management conference for January 17, 2024 at 4 p.m. I am arguing a motion to dismiss in district court in Boston that day, starting at 2 p.m., and I am not confident that I will have access to a phone by 4 p.m. For that reason, I request that the case management conference be rescheduled.

No counsel for defense has appeared in this case, so we have not sought consent to this request. This is our first request for adjournment.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta