# *Shapiro*
## *&   Associates, PLLC*
### *Attorneys at Law*

Application **GRANTED**.  The initial pretrial conference scheduled for January 24, 2024, is adjourned to **February 7, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 31, 2024**.

Dated: January 11, 2024
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Gucci America, Inc v. Lord & Taylor Ecomm LLC*, No. 1:23-cv-10239-LGS
**Letter Motion to Adjourn Conference**

Dear Judge Schofield:

We have been retained as counsel to Lord & Taylor Ecomm LLC, in the above-captioned case. The initial pretrial conference is scheduled on January 24, 2024, at 4:00pm.  We respectfully request an adjournment on consent to February 7, 2024.

Counsel for Gucci America, Inc. has agreed to extend the time to Answer to January 24, 2024.

Very truly yours,

/s/Saadia M. Shapiro, Esq.
**Shapiro & Associates,**
**Attorneys at Law LLP**

Cc:  John P. Margiotta, *Attorney for Plaintiff*