UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC, <br><br> Plaintiff, <br><br> -against- <br><br> LORD & TAYLOR ECOMM LLC, <br><br> Defendant. | 23-CV-10239 (LGS)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Tuesday, April 9, 2024 at 2:00 p.m.** to be held remotely. The Courtroom Deputy will email counsel the video conference link and details. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, April 2, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  February 26, 2024  
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**  
United States Magistrate Judge