UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC.,

                      Plaintiff,

-v-                                    23-CV-10239 (LGS)

**ORDER**

LORD & TAYLOR ECOMM LLC, et al.,

                      Defendants.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      This action is scheduled for a telephonic status conference on **March 29, 2024 at 11:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 132 104 395 #**. At the conference, the parties must be prepared to discuss the discovery issues raised by Plaintiff's letter at ECF 28.

Dated:      March 27, 2024
              New York, New York

                                                    SO ORDERED.

                                                    **ROBYN F. TARNOFSKY**
                                                    United States Magistrate Judge