UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC, <br><br> Plaintiff, <br><br> -against- <br><br> LORD & TAYLOR ECOMM LLC, ET AL., <br><br> Defendants. | 23-CV-10239 (LGS)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By 5:00 PM on April 2, 2024, Defendant Lord & Taylor Ecomm LLC ("Defendant") shall file a letter on the docket indicating whether it will permit Plaintiff to inspect its warehouse in New Jersey on April 9, 2024, at 2 PM. If Defendant will not permit the inspection at that date and time, it shall, by April 2, 2024, propose three alternative dates and times on or before April 16, 2024 for the inspection. If the inspection takes place on April 9, 2024, the in-person settlement conference scheduled for that date is adjourned until one of the following dates and times: April 16, 2024 at 2:00 PM; April 17, 2024 at 11:00 AM; or April 18, 2024 at 2:00 PM. The parties shall email my Chambers, TarnofskyNYSDChambers@nysd.uscourts.gov, by 5:00 PM on April 3, 2024 if the April 9, 2024 settlement conference is being rescheduled and shall and to let us know which of these three alternative dates they are available for the settlement conference. If the inspection does not take place on April 9, 2024, the in-person settlement conference scheduled for that date will go forward.

Defendant's letter of April 2, 2024, shall also indicate whether Defendant has records of sales during the relevant period of items purchased from Circle. If it does, it shall

produce those records to Plaintiff by April 12, 2024. Also by April 12, 2024, Defendant shall provide Plaintiff, with written objections and responses to Plaintiff's discovery requests, which responses that were originally due on March 13, 2024. Also by April 12, 2024, Defendant shall produce to Plaintiff all records of purchases from Circle during the relevant period.

DATED:  March 29, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge