UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC, <br><br> Plaintiff, <br><br> -against- <br><br> LORD & TAYLOR ECOMM LLC, <br><br> Defendant. | 23-CV-10239 (LGS)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

     A settlement conference was scheduled for April 9, 2024. Due to the parties' request, it is now rescheduled to **Tuesday, April 16, 2024 at 2:00 p.m** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Thursday, April 11, 2024, at 5:00 p.m**.

     Corporate parties must send the person with decision-making authority to settle the matter to the conference.

     If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  April 4, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge