# Shapiro & Associates, PLLC
## Attorneys at Law

---

**April 15, 2024**

Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Email: TarnofskyNYSDChambers@nysd.uscourts.gov

Re:   Settlement Conference *in Gucci America, Inc v. Lord & Taylor Ecomm LLC and Does 1-10,* Case No. 1:23-cv-10239-LGS RFT (S.D.N.Y.)

**BY ECF**

Your Honor,

This law firm represents the defendants in the above referenced action. We write in advance of our settlement conference scheduled for April 16, 2024 at 2 p.m. We were informed today by our clients, within the last hour, that they have nothing to offer for settlement because Lord and Taylor does not have any assets or money (see attached Decision and Order on Motion dated February 23, 2024, granting White Oak Commercial Finance, LLC, a preliminary junction and order of seizure against clients' assets to collect on a $45,252,694.04 judgment). Despite our multiple requests to our clients to provide the information to respond to Plaintiff's February 12, 2024 discovery requests, we did not know until the past hour that our clients would respond in this manner. We apologize to the court for the timing of this information, but we request a cancelation of the settlement conference tomorrow because we believe it will not bear fruit.

Very truly yours,

/s/ *Saadia Shapiro*

Saadia Shapiro

cc: All counsel of record (via ECF)

---

Defendant's application is GRANTED.

The April 16, 2024 settlement conference is adjourned sine die.

Dated: April 15, 2024
       New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

2291 7th Avenue                                                                                  4 Washington St.
New York NY 10030                                                                                Jerusalem, Israel
                        Tel. 212.606.2000        lawyers@shapirolawyers.net