UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC.<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>LORD & TAYLOR ECOMM LLC,<br><br>　　　　　　Defendant. | 23-CV-10239 (LGS) (RFT)<br><br>**ORDER TO SHOW CAUSE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 19, 2024, I granted a motion by Shapiro & Associates, PLLC to withdraw as counsel for Defendant Lord & Taylor Ecomm LLC ("Defendant"). (*See* ECF 44.) To give Defendant time to retain replacement counsel, I ordered that all proceedings in this matter were stayed until the earlier of May 19, 2024 or the filing of a Notice of Appearance on the docket by replacement counsel for Defendant. (*See id.*) I cautioned Defendant that, because it is not a natural person, it may not proceed pro se, and that if replacement counsel for Defendant did not file a Notice of Appearance on the docket by 5:00 pm on May 19, 2024, I would issue an order directing Plaintiff to begin the process for seeking a default judgment. No such notice of appearance has been filed. Accordingly, Plaintiff shall, by no later than **June 3, 2024,** begin the process of seeking a default judgment against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Default Judgment Procedure detailed in Judge Schofield's Individual Rules and Procedures for Civil Cases.

Plaintiff is directed to mail by **May 23, 2024** a copy of this order to Defendant at its principal place of business, identified in the complaint as 1735 Jersey Avenue, North Brunswick,

New Jersey 08902. Plaintiff is directed to file confirmation of such mailing on the docket by **May 23, 2024**. Plaintiff is warned that failure to comply with this order may, in itself, result in a report and recommendation that Plaintiff's claims against Defendant be dismissed for failure to prosecute.

DATED:     May 22, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge