UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUCCI AMERICA, INC.,

                Plaintiff,

        -against-

LORD & TAYLOR ECOMM LLC, et al.,

               Defendants.
------------------------------------------------------------X

23 Civ. 10239 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Show Cause Hearing scheduled for August 7, 2024, at 4:00 P.M., is adjourned to **August 7, 2024, at 4:30 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

It is further **ORDERED** that, by **July 3, 2024**, Plaintiff shall serve a copy of this Order on Defendant Lord & Taylor Ecomm LLC and file proof of service of this Order, the Dkt. 60 Order to Show Cause for Default Judgment, the supporting papers and the Proposed Order for Default Judgment.

Dated: July 2, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE