UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC.<br><br>     Plaintiff,<br><br> -against-<br>LORD & TAYLOR ECOMM LLC., et al.,<br><br>     Defendant. | 23cv10239 (LGS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On February 6, 2025, Plaintiff filed a proposed order to show cause without emergency relief (POTSC) why Defendant should not be held in civil contempt and the Court's Default Judgment Order (ECF 68) enforced. (*See* ECF 76, POTSC.) The POTSC is supported by a memorandum of law ((ECF 77) and the Declaration of John P. Margiotta with exhibits (ECF 78); the POTSC and the filings in support were served by mail on Defendant. (*See* ECF 79, Certificate of Service.) If Defendant wishes to be heard on the POTSC, it shall make a filing on the docket no later that **February 21, 2025.** Plaintiff shall serve this Order on Defendant by mail and email by **February 12, 2025,** and Plaintiff shall file proof of such service on the docket by **February 12, 2025.**

DATED: February 11, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge