UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GUCCI AMERICA, INC.,
                                 Plaintiff,

-against-

LORD & TAYLOR ECOMM LLC et al.,

                                 Defendants.
-------------------------------------------------------------X

23 Civ. 10239 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 6, 2025, Plaintiff requested an order directing the U.S. Marshals Service to seize and deliver to Plaintiff counterfeit products bearing Plaintiff's marks from Defendant's warehouse. It is hereby

**ORDERED** that by **July 15, 2025**, Plaintiff shall file any supplemental letter brief, not to exceed three pages single-spaced, to address the applicability of 15 U.S.C. § 1116(d)(4) to Plaintiff's requested relief and, if applicable, whether the statutory requirements are satisfied. Special attention is directed to the adequate security requirement in 15 U.S.C. § 1116(d)(4)(A). Plaintiff may support its supplemental brief wsith exhibits or affidavits in compliance with Individual Rule III.B.3.

Dated: July 2, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE