**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GUCCI AMERICA, INC.,

                Plaintiff,

-against-                                      23 **CIVIL** 10239 (LGS)

## JUDGMENT

LORD & TAYLOR ECOMM LLC et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2025, the Damages Report is ADOPTED for the reasons stated therein. L&T is permanently enjoined as provided in the Default Judgment Order, and Gucci is awarded $1,300,000 in damages. It is further ORDERED and ADJUDGED that the Contempt Report is ADOPTED for the reasons stated therein. L&T is in civil contempt, but Gucci is awarded no further damages. Accordingly, the case is closed.

**Dated:**  New York, New York

       October 20, 2025

                                                **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                        **BY:**

                                                      **Deputy Clerk**